THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
JAMES ELKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. 83-1-01257-5, John H. Kirkwood, J., entered November 21, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.